N.Y.S.D. Case #
00-cr-314-3(AKH)
06-cv-10208(LAP)

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand nineteen.

Present:
    Robert A. Katzmann,
        *Chief Judge*.

_____

Vasiliy Ermichine, AKA Vassya, AKA Blondie,

        *Petitioner*,

v.

United States of America,

        *Respondent*.

**ORDER**

19-3545

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 19 2019

Petitioner moves for leave to file a successive 28 U.S.C. § 2255 motion, based on, inter alia, *United States v. Davis*, 139 S. Ct. 2319 (2019). In light of the pendency of cases before the Supreme Court and this Court which may affect this Court's decision on the present motion, it is hereby ORDERED that decision on the motion is STAYED until further order of this Court. *See Galtieri v. United States*, 128 F.3d 33, 37 (2d Cir. 1997) (discussing circumstances warranting stay of the statutory time period for deciding motions for leave to file a successive § 2255 motion).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 11/19/2019