

# THE MIRVIS LAW FIRM, P.C.

<u>VIA ECF</u>
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 6, 2021

Denied. The issue is one for BOP, not for this court.

So ordered,
/s/
Alvin K. Hellerstein
1/8/21

Re:   <u>United States v. Vasiliy Ermichine</u>
      <u>Ind. No.: 00-CR-00314-AKH-3</u>

Honorable Judge Hellerstein:

    I write on behalf of Mr. Ermichine who is currently serving a life sentence at FCI McKean, to respectfully request the Court issue an Order to the warden and/or other staff of FCI McKean to not transfer Mr. Ermichine to a COVID-19 ward. This request is necessary because Mr. Ermichine's cellmate has tested positive for COVID-19 while Mr. Ermichine has tested negative.

    **Wherefore**, it is respectfully requested that the Court issue an Order precluding the warden or any other staff at FCI McKean from transferring Mr. Ermichine to a COVID-19 ward unless Mr. Ermichine tests positive for COVID-19.

Respectfully Submitted,

<u>Tony Mirvis (TM-2890)</u>
By:   Tony Mirvis

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM