UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                          :
:          **ORDER**
:
v.                                                 :          00 Cr. 314-03 (AKH)
:
VASILIY ERMICHINE,                                 :
:
                                    Defendant.     :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On December 2, 2022, Defendant filed a motion for issuance of subpoenas *duces tecum* to inspect Mr. Sergei Kobosev's autopsy medical records. (ECF No. 116.) The Court requests the Government's response no later than January 20, 2023.

    SO ORDERED.

Dated:   December 20, 2022                    /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                                United States District Judge