UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
:
UNITED STATES OF AMERICA               :    **ORDER DENYING REQUEST**
                                       :    **FOR DISCOVERY**
        - against -                    :
                                       :    00 Cr. 314 (AKH)
VASILIY ERMICHINE,                     :
                        Defendant.     :
                                       :
---------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Pursuant to the mandate of the United States Court of Appeals for the Second Circuit, I deny Ermichine's request for discovery for lack of subject matter jurisdiction. *See* ECF No. 129.

SO ORDERED.

Dated:   October 22, 2024
         New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge